[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13620
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00467-EAK-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRUCE KENYON DAVIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 6, 2014)

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Mark Ciaravella, appointed counsel for Bruce Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Davis's convictions and sentences are **AFFIRMED**.